ALICE KOHLER et al., Respondents, v. FIFTH AVENUE COACH LINES, INC., et al., Appellants.—

No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.